AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | | |
|---|---|---|
| United States of America<br>v.<br><br>2. PATRICK WILLIAMS<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 16-cr-00120-RBJ |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Patrick Williams                                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

COUNT 1:  18 U.S.C. § 371 Conspiracy to Defraud the United States and Violate the Laws of the United States
COUNT 2-5:  21 U.S.C. § 331(d), 335(a), and 333(a)(2) Introduction of Unapproved New Drugs into Interstate Commerce; and 18 U.S.C. § 2 Aiding and Abetting
COUNT 10: 18 U.S.C. § 1001(a)(2) False Statements

Date:  04/05/2016

s/A. Thomas, Deputy Clerk
*Issuing officer's signature*

City and state:     Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date:  _____

*Arresting officer's signature*

*Printed name and title*